UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

In re:

**Joshua Shawn Weavil and
Kimberly Nichole Weavil**,

Soc. Sec. Nos. xxx-xx-8000 & xxx-xx-0126
Mailing Address: 7018 Ridge Haven Road, Greensboro, NC 27410-

Debtors.

Case No.: 25-10814

Chapter 13

## AFFIDAVIT REGARDING SERVICE OF PLAN

I, Charlene Ennemoser, certify that on 11/23/25, a copy of the **Chapter 13 Plan** was served on each of the creditors listed in subsections 4.1(d), 4.2(d) or 4.3(e) of the Chapter 13 Plan, as follows:

By **certified mail**, postage fully pre-paid, upon the following FDIC creditors:

FDIC creditors served:

Citizens Bank, National Association
Attn: Officer/Managing Agent
1 Citizens Plz
Providence, RI 02903

By regular, **first class United States mail**, postage fully pre-paid, upon the following creditors:

Other non-FDIC creditors served:

Cornwell Quality Tools
Attn: Officer
667 Seville Road
Wadsworth, OH 44281-

<u>and</u>  by regular, **first class United States mail**, postage fully pre-paid, upon the following parties:

All other creditors listed on the <u>attached mailing matrix</u>. (updated to include the mailing address listed on any and every proof of claim already filed in this case)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: 11/23/25

/s Charlene Ennemoser
Charlene Ennemoser

CertificateOfService.wpt (rev. 7/4/18)

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

Equifax Information Systems LLC
P.O. Box 740241
Atlanta, GA 30374-0241

Experian
P.O. Box 2002
Allen, TX 75013-2002

Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19022-2000

Internal Revenue Service (MD)**
PO Box 7346
Philadelphia, PA 19101-7346

US Attorney's Office  (MD)**
101 S. Edgeworth Street, 4th floor
Greensboro, NC 27401

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

North Carolina Dept. of Revenue**
Post Office Box 1168
Raleigh, NC 27602-1168

Affirm, Inc. ***
Attn: Bankruptcy Notice
30 Isabella Street, Floor 4
Pittsburgh, PA 15212

Big Lots
PO BOX 659707
San Antonio, TX 78265

Capital One *****
Post Office Box 85015
Richmond, VA 23285-5075

Citizens Bank, NA
c/o Paracorp Incorporated, Registered Ag
176 Mine Lake Ct. #100
Raleigh, NC 27615

Citizens Bank, National Association
Attn: Officer/Managing Agent
1 Citizens Plz
Providence, RI 02903

ConServe
Post Office Box 9
Fairport, NY 14450

Cornwell Quality Tools
Attn: Tech-Credit
667 Seville Road
Wadsworth, OH 44281

First National Bank
500 E 60th St N
Sioux Falls, SD 57104

First National Bank**
Post Office Box 3696
Omaha, NE 68103-0696

Jefferson Capital Systems, LLC**
Post Office Box 772813
Chicago, IL 60677-2813

Klarna Inc.*
Attn: Klarna Credit
Post Office Box 8116
Columbus, OH 43201

Mission Lane Tab Ban
PO Box 105286
Atlanta, GA 30304

OneMain Baltimore *
100 International Drive
16th Floor
Baltimore, MD 21202-4673

OneMain Evansville
601 NW 2nd Street 15th Fl
Evansville, IN 47706

Paypal Credit *****
Attn: Bankruptcy Dept.
Post Office Box 5138
Timonium, MD 21094

Portfolio Recovery Associates, LLC*
Disputes Department
140 Corporate Boulevard
Norfolk, VA 23502

Quantified Managment Services
2821 S Parker Rd, Ste 305
Aurora, CO 80014

Reach Fertility
1524 E Morehead St
Charlotte, NC 28207

Rent A Center**
5501 Headquarters Drive
Plano, TX 75024

Snap-On Credit **
ATTN Officer
950 Technology Way, Ste 301
Libertyville, IL 60048

SoFi Bank, N.A.
PO Box 654081
Dallas, TX 75265

| | | |
|---|---|---|
| Synchrony Bank (Bankruptcy Notice)<br>Attn: Bankruptcy Department<br>Post Office Box 965061<br>Orlando, FL 32896-5061 | The Honorable Pam Bondi<br>U.S. Department of Justice<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530-0001 | Upgrade, Inc.<br>275 Battery Street<br>22nd Floor<br>San Francisco, CA 94111 |
| US Bank **<br>Cardmember Services<br>Post Office Box 6335<br>Fargo, ND 58125-6335 | US Department of Education***<br>400 Maryland Avenue, SW<br>Washington, DC 20202 | Wake Forest Baptist Health<br>Post Office Box 751727<br>Charlotte, NC 28275 |